1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                   CENTRAL DISTRICT OF CALIFORNIA
9
10   MANUEL DUNN,                    )   No. CV 13-2628 GHK (FFM)
                                     )
11                 Petitioner,       )
                                     )   JUDGMENT
12        v.                         )
                                     )
13   MAURICE A. GONZALES, Warden,    )
                                     )
14                 Respondent.       )
     _____ )
15
16        Pursuant to the Order Accepting Findings, Conclusions and Recommendations of
17   United States Magistrate Judge,
18        IT IS ADJUDGED that the Petition is dismissed with prejudice.
19
20   DATED: _____4/3/14_____
21
22                                   _____
23                                         GEORGE H. KING
                                     Chief United States District Judge
24
25
26
27
28